IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02411-MSK-CBS

JONATHAN MATHENY,
    Applicant,
v.

BRIGHAM SLOAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

---

ORDER TO ANSWER

---

Magistrate Judge Craig B. Shaffer

    On or about October 9, 2009, Applicant Mr. Matheny filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (doc. # 3). After preliminary determination of the timeliness of the Petition pursuant to 28 U.S.C. § 2244(d) and exhaustion of state court remedies pursuant to 28 U.S.C. § 2254(b)(1)(A), on January 13, 2010, the court ordered the Petition dismissed in part and drawn to a District Judge and a Magistrate Judge. (*See* doc. # 12). Pursuant to the Order of Referral dated January 26, 2010 (doc. # 14) and the Amendment dated January 26, 2010 (doc. # 15), this civil action was referred to the Magistrate Judge to, *inter alia*, "review the merits and to issue proposed findings of fact and recommendations for disposition." After preliminary consideration of the Application, it is now

    **ORDERED** that **on or before April 30, 2010**, Respondents shall file with the Clerk of the Court at the United States Courthouse, 901 19th Street, Room A105, Denver, Colorado 80294-3589 an answer to the claims remaining before the court.

Dated at Denver, Colorado this 29th day of March, 2010.

BY THE COURT:


　　s/Craig B. Shaffer　　
United States Magistrate Judge