IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02411-MSK-CBS

JONATHAN MATHENY,
    Applicant,
v.

BRIGHAM SLOAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Matheny's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed October 9, 2009) (doc. # 3). Pursuant to the Order of Referral dated January 26, 2010 (doc. # 14) and the Amendment dated January 26, 2010 (doc. # 15), this civil action was referred to the Magistrate Judge to, *inter alia*, "review the merits and to issue proposed findings of fact and recommendations for disposition." After reviewing the Petition, the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1. The Clerk of the Court for the Park County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. Matheny**, Park County District Court **Case No. 01CR24**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before April**

**30, 2010**.

      2.      The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to:

>Clerk of the Court, Park County District Court
>P.O. Box 190
>Fairplay CO 80440

DATED at Denver, Colorado, this 29th day of March, 2010.

                                            BY THE COURT:

                                           s/ Craig B. Shaffer
                                           United States Magistrate Judge