**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 18 2011**

**GREGORY C. LANGHAM**
**CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02411-MSK-CBS

JONATHAN MATHENY,

    Petitioner,

vs.

BRIGHAM SLOAN,

    Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 18th day of February, 2011.

                                    BY THE COURT:

                                    *[signature]*

                                    Marcia S. Krieger
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02411 MSK CBS

Park County Court
300 4th St.
Fairplay, CO 80440

Jonathan Matheny
# 119889
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO 81054-9573

Rebecca Adams Jones - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  2/18/11  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk